```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 03820
   BRYAN E HUDRICK
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-7160


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 02/20/08 .

   2.   The case was dismissed without confirmation, 04/25/2008.

   3.   The Debtor paid a total of $    400.00 .

------------------------------------------------------------------------------
CREDITOR NAME              CLASS       CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------------

     Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED    PRIORITY   UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00         .00        .00           .00
PRINCIPAL PAID         .00         .00         .00        .00           .00
INTEREST PAID          .00         .00         .00        .00           .00
TOTAL PAID             .00         .00         .00        .00           .00
The Debtor's attorney, PRO SE DEBTOR                , was allowed $     .00
and was paid $          .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $    400.00 .




    Dated: 07/17/08                    /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

PAGE 2
CASE NO. 08 B 03820 BRYAN E HUDRICK